Filed 8/13/26  P. v. Perez CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ARMANDO ALEMAN PEREZ,<br><br>    Defendant and Appellant. | H052393<br>(Monterey County<br>Super. Ct. No. 22CR007240) |

Defendant Armando Aleman Perez pleaded no contest pursuant to a plea agreement to four counts of forcible lewd acts upon a child under the age of 14 years. The trial court sentenced Perez to the stipulated term of 30 years in prison.

On appeal, Perez's appointed counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) that states the case and facts but raises no issues.  This court notified Perez of his right to submit written argument on his own behalf within 30 days.  That period has elapsed, and we have received no response from Perez.

Pursuant to *Wende*, *supra*, 25 Cal.3d 436 and *People v. Kelly* (2006) 40 Cal.4th 106 (*Kelly*), we have carefully reviewed the entire record and have determined that there are no arguable issues on appeal that would result in a disposition more favorable to Perez.  Accordingly, we will affirm the judgment.

# I. FACTUAL AND PROCEDURAL BACKGROUND[1]

In 2003, a girl reported to police that Perez repeatedly engaged in sexual acts with her while Perez's girlfriend was babysitting her. The girl was about seven years old when the acts began and she reported that they lasted for about three years. Law enforcement then interviewed the girl's younger sister, who reported an instance in which Perez "got on top of her, and he started humping her" when she was five or six years old.

Nineteen years later, the woman who had first reported Perez's acts to police as a girl contacted police to ask what happened to Perez. Law enforcement investigated the matter, and both the woman and her younger sister told law enforcement about Perez's acts when they were children. The older sister made a pretext phone call in which Perez made some incriminating statements while at times denying that anything inappropriate occurred.

The prosecution charged Perez by information with seven counts: oral copulation of a child 10 years of age or under (Pen. Code, § 288.7, subd. (b); count 1);[2] four counts of forcible lewd acts upon a child under the age of 14 years (§ 288, subd. (b)(1); counts 2-5); attempted lewd act upon a child under the age of 14 years (§§ 664, 288, subd. (a); count 6); and lewd act upon a child (§ 288, subd. (a); count 7). Pursuant to a plea agreement, Perez pleaded no contest to three of the forcible lewd act with a child counts, counts 2 through 4. The trial court sentenced Perez to the stipulated sentence of 30 years, consisting of the upper term of 10 years for count 2 and consecutive upper term sentences of 10 years for each of the two remaining counts.

The Department of Corrections and Rehabilitation later advised the trial court that Perez's sentence appeared to be erroneous, because the upper term for a violation of section 288, subdivision (b)(1) at the time Perez committed the offenses for which he was

---

[1] The factual background is taken from preliminary examination testimony and the probation officer's presentence report.

[2] Unspecified statutory references are to the Penal Code.

2

sentenced was eight years.  As a result, the trial court granted Perez's motion to withdraw his no contest pleas to counts 2 through 4.  Pursuant to a plea agreement, Perez then pleaded no contest to all four forcible lewd act with a child counts, counts 2 through 5.  The trial court sentenced Perez to the stipulated term of 30 years, consisting of the upper term of eight years for count 2, consecutive upper term sentences of eight years for each of counts 3 and 4, and a consecutive middle term sentence of six years for count 5.

Perez timely appealed.

## II. DISCUSSION

Pursuant to *Wende*, *supra*, 25 Cal.3d 436, and *Kelly*, *supra*, 40 Cal.4th 106, we have carefully reviewed the entire record.  We conclude there is no arguable issue on appeal that would result in a disposition more favorable to Perez.  (*Wende*, *supra*, at pp. 441-443.)

## III. DISPOSITION

The judgment is affirmed.

_____
Greenwood, P. J.

WE CONCUR:

_____
Grover, J.

_____
Danner, J.

H052393 The People v. Perez